IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CONTINENTAL HOMES OF TEXAS, L.P., <br> Plaintiff, | § § § § § | |
| V. | § § | CIVIL ACTION NO. 1:16-CV-407-LY |
| MID-CONTINENT CASUALTY COMPANY, ESSEX INSURANCE COMPANY, EVANSTON INSURANCE COMPANY, and SCOTTSDALE INSURANCE COMPANY, <br> Defendants. | § § § § § § § | JURY DEMANDED |

## ORDER GRANTING AGREED MOTION TO REMAND

After considering the Agreed Motion to Remand, this Court is of the opinion that this Motion should be and hereby is GRANTED.

It is therefore ORDERED that this case is remanded back to the 353th Judicial District Court of Travis County, Texas.

SIGNED this _21st_ day of _April_, 2016.

_____
HONORABLE JUDGE LEE YEAKEL